BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>        Plaintiff,               )<br>                                 )<br>    v.                           )<br>                                 )<br> SAROEUN ROS,                    )<br>                                 )<br>        Defendant.               )<br> _____ ) | CR. NO. 1:08-cr-00246 OWW<br><br>STIPULATION TO SCHEDULE A<br>STATUS CONFERENCE FOR A CHANGE<br>OF PLEA AND ORDER<br><br>DATE: May 31, 2011<br>TIME: 9:00 A.M.<br>PLACE: Courtroom Three<br>Honorable Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, that a status conference for a change of plea be scheduled on Tuesday, May 31, 2011, at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Court Judge.

DATED:  May 26, 2011            BENJAMIN B. WAGNER
                                United States Attorney


                                By /s/Kathleen A. Servatius
                                KATHLEEN A. SERVATIUS
                                Assistant U.S. Attorney


DATED:  May 26, 2011            /S/ Jon Kiyoshi Renge
                                JON KIYOSHI RENGE
                                Attorney for Defendant
                                Saroeun Ros

1

**ORDER**

    IT IS HEREBY ORDERED, that a status conference be scheduled for a change of plea on Tuesday, May 31, 2011, at 9:00 a.m.

DATED: May 27, 2011               /s/ OLIVER W. WANGER
                                                U.S. District Court Judge