

FILED
AUG 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 1:08-CR-00246 OWW |
| vs. | ORDER OF RELEASE |
| SAROUEN ROS, | |
| Defendant. | |

The above named defendant having been sentenced to time served on August 8, 2011.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. Upon release defendant Sarouen Ros is ORDERED to report to the United States Probation Office forthwith. A certified Judgment and Commitment order to follow.

DATED: 8-8-11

HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1